1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Mr. Foreman

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 09-cr-73 EFB
                                    )
11         Plaintiff,                ) **NOTICE OF MOTION AND MOTION TO**
                                    ) **VACATE TRIAL DATE AND SET STATUS;**
12    v.                             ) **MOTION TO EXCLUDE TIME UNDER THE**
                                    ) **SPEEDY TRIAL ACT; PROPOSED ORDER**
13 OSCAR FOREMAN, Jr.,              )
                                    ) Date:  August 27, 2009
14         Defendant.                ) Time:  9:30 a.m.
   _____  ) Judge: Hon. Edmund F. Brennan

15

16 TO:  LAWRENCE G. BROWN, United States Attorney
        MATTHEW C. STEGMAN, Assistant United States Attorney
17      CHRISTINA EASTMAN, Certified Law Clerk

18     **PLEASE TAKE NOTICE** that Oscar Foreman, Jr., pursuant to the U.S.

19 Const., Fed. R. Crim. P., Fed. R. Evid., and all other applicable

20 statutes, case law, and local rules, moves to vacate the current trial

21 date and set a status conference on September 28, 2009, at 10:00 a.m.

22 Mr. Foreman further moves to exclude time under the Speedy Trial Act.

23 Dated: August 20, 2009              Respectfully submitted,

24                                     DANIEL J. BRODERICK
                                       Federal Defender
25
                                       /s/ M.Petrik
26                                     _____
                                       MICHAEL PETRIK, Jr.
27                                     Assistant Federal Defender

28
   Motion To Vacate Trial Date        1                         09-cr-73 EFB

**I.**

**STATEMENT OF FACTS**

On March 12, 2009, the government filed an information that charged Mr. Foreman with assault on a government officer, in violation of 18 U.S.C. § 111(a)(1). The Court arraigned Mr. Foreman, and set a trial confirmation hearing on April 27, 2009, and trial on May 12, 2009.

On March 13, 2009, Mr. Foreman requested discovery in this matter. In response, the government produced 34 pages of discovery that consisted mainly of a three page incident report, and Mr. Foreman's rap sheet.

On April 27, 2009, the parties appeared before the Court, and reset the trial confirmation hearing for July 27, 2009, and the trial for August 18, 2009. On July 27, 2009, the Court rescheduled the trial for August 27, 2009.

On August 19, 2009, the government produced 163 pages of new discovery. Upon cursory examination, the discovery appears to consist of the personnel files of Mr. Foreman and Ernie Barbour, the alleged victim in this case. The discovery also appears to contain the internal investigation conducted by Ahtna Technical Services, Inc., the company that employed Mr. Foreman and Mr. Barbour. The discovery appears to contain several alleged statements by Mr. Foreman not produced previously, new facts not contained in the three page incident report produced previously, several new witnesses not mentioned in the incident report, and new, additional statements by witnesses referred to in the incident report.

/ / /

**II.**

**THE DEFENSE REQUIRES A CONTINUANCE TO INVESTIGATE
THE NEW DISCOVERY IN ORDER TO PREPARE AN ADEQUATE DEFENSE**

Under the Sixth Amendment, the right to counsel includes the right to effective counsel, and counsel able to provide adequate legal assistance. Strickland v. Washington, 466 U.S. 668, 686 (1984). This Court has the power to grant a continuance to the defense to investigate newly produced discovery. Fed. R. Crim. P. 16(d)(2)(B).

In this case, the government has produced 163 pages of new discovery. In order to provide effective, adequate assistance, counsel for Mr. Foreman requires more time to conduct further investigation related to the latest production of discovery. Counsel for Mr. Foreman asserts that the Court should exclude time to allow further defense preparation. See 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). Counsel for the government, Christina Eastman, has indicated that she does not oppose the defense motion.

**III.**

**CONCLUSION**

For the reasons stated above, Mr. Foreman requests that the Court vacate the present trial date, set a status date for September 28, 2009, at 10:00 a.m., and exclude time under the Speedy Trial Act.

Dated: August 20, 2009          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR FOREMAN, Jr.,<br><br>　　　　Defendant.<br>_____ | No. 09-cr-73 EFB<br><br>**ORDER TO VACATE TRIAL DATE; SET STATUS DATE; EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

After due consideration and for the reasons set forth in defendant's Motion To Vacate Trial Date And Set Status, the Court orders the trial date of August 27, 2009, at 9:30 a.m., vacated, and resets this matter for status conference on September 28, 2009, at 10:00 a.m.  The Court further orders time excluded from the date of this order through the status conference on September 28, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

**SO ORDERED.**

DATED:   August 21, 2009.

　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE